UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SATYA REGULA,

    Plaintiff,

vs.                                               Case No.:
SYSTEM SOFT TECHNOLOGIES LLC
and TECHPILLARS INC,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendants, **SYSTEM SOFT TECHNOLOGIES LLC ("SST") and TECHPILLARS INC ("TECHPILLARS"),** (hereafter "Defendants"), remove the above-styled action to the United States District Court in and for the Middle District of Florida, and state as follows:

1. This action is subject to removal pursuant to the provisions of 28 U.S.C. §§ 1331 & 1441(a) for the reasons stated herein.

2. The Complaint was initially served on SST on May 31, 2017, and on TECHPILLARS on June 1, 2017.

3. Removal of this action is timely in that the action is being removed within thirty (30) days of service on the Defendants in this action. *See* 28 U.S.C. §1446(b).

4. Removal to the U.S. District Court for the Middle District of Florida, and to the Tampa Division of this Court, is appropriate pursuant to 28 U.S.C. §1446(a) and Local Rule 4.02(a), as the removed case is pending in Hillsborough County, Florida. *See* Complaint ¶ 3, 4, and 5.

5. All of the facts alleged by Plaintiff are alleged to have occurred in the Middle District of Florida.

6. This Court has original jurisdiction of the above described action pursuant to 28 U.S.C. § 1331 because the Plaintiff seeks relief pursuant to the Fair Labor Standards Act ("FLSA"). *See* Complaint Count II, Paragraph ¶ 4.

7. Pursuant to 28 U.S.C. § 1367, the Court should exercise supplemental jurisdiction over Plaintiff's other claims as these claims form part of the same case or controversy as Plaintiff's FLSA claims.

8. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 4.02(b), Defendants are filing with this Notice a copy of the Complaint which forms the basis for this removed action. Additionally, Defendants are filing copies of all process, pleadings, or orders served on it forming the record before the state court.

9. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being provided to the Plaintiff in this action as indicated in the accompanying certificate of service, and a copy of the Notice of Removal will be filed promptly with the Clerk of the Circuit Court for Hillsborough County, Florida.

10. Payment of the appropriate fees and costs for removal and docketing of this matter in the federal court, if any, is tendered contemporaneously with this notice.

11. In accordance with Rule 81(c), Fed. R. Civ. P., a response to the Complaint is not due to be filed until 7 days after this Notice of Removal is filed.

Respectfully submitted,

*s/ Janet Goldberg McEnery*
Janet Goldberg McEnery, Esq.
Florida Bar No. 960380
MACFARLANE FERGUSON & MCMULLEN
201 N. Franklin Street, Suite 2000
P. O. Box 1531 (33601)
Tampa, FL 33602
Telephone: (813) 273-4200

Facsimile: (813) 273-4396
Email: jeg@macfar.com
Email: kib@macfar.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been furnished via CMS/ECF Filing to Valentina Wheeler, Esq (Valentina@ WheelerLawFL.com) on this 20th day of June, 2017.

**/s/ Janet Goldberg McEnery**
JANET GOLDBERG McENERY
Florida Bar No. 960380
MACFARLANE FERGUSON
 & MCMULLEN
201 N. Franklin Street, Suite 2000
P. O. Box 1531 (Zip 33601)
Tampa, Florida 33602
Direct: (813) 273-4307
Phone: (813) 273-4200
Facsimile: (83) 273-4396
Email: jeg@macfar.com
Attorneys for Defendant